# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIXED POINT FOUNDATION, INC.,** | } | |
| Plaintiff, | } | |
| v. | } | Case No.: 2:14-cv-01921-RDP |
| **SOKKYU KIM,** | } | |
| Defendant. | } | |

## MEMORANDUM OPINION

On February 26, 2015, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that all claims against Defendant are due to be dismissed without prejudice for failure to serve Defendant within the time set forth in Rule 4(m).

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this April 20, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE